**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| INDERJIT SINGH JOSHAN, | No. 08-73527 |
| Petitioner, | Agency No. A098-138-948 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 21, 2012[**]

Before:    FERNANDEZ, McKEOWN, and BYBEE, Circuit Judges.

Inderjit Singh Joshan, a native and citizen of India, petitions for review of

the Board of Immigration Appeals' order dismissing his appeal from an

immigration judge's decision denying his application for asylum, withholding of

removal, and protection under the Convention Against Torture ("CAT").  We have

---

[*]    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

jurisdiction under 8 U.S.C. § 1252.  We review for substantial evidence, *Chebchoub v. INS*, 257 F.3d 1038, 1042 (9th Cir. 2001), and we deny the petition for review.

Substantial evidence supports the agency's adverse credibility determination based on the inconsistencies between Joshan's testimony and his Canadian asylum application with regard to whether he was hospitalized after his arrests, and whether suspected militant Tari was armed when he came to Joshan's home.  *See Goel v. Gonzales*, 490 F.3d 735, 739 (9th Cir. 2007) (per curiam) (inconsistencies between testimony and documentary evidence support an adverse credibility finding where the inconsistencies go to the heart of the claim).  Further, the agency reasonably rejected Joshan's explanations for the inconsistencies.  *See Rivera v. Mukasey*, 508 F.3d 1271, 1275 (9th Cir. 2007).  We decline to reach Joshan's unexhausted claim that he is eligible for humanitarian asylum.  *See Barron v. Ashcroft*, 358 F.3d 674, 678 (9th Cir. 2004).  In the absence of credible testimony, Joshan's asylum and withholding of removal claims fail.  *See Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir. 2003).

Because Joshan's CAT claim is based on the same testimony found to be not credible, and he points to no other evidence that shows it is more likely than not

that he will be tortured if returned to India, substantial evidence also supports the

denial of CAT relief. *See id*. at 1156-57.

**PETITION FOR REVIEW DENIED.**